CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Christopher Evans Tipton**<br>DOB: 1988; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-3649MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 16, 2026, in the District of Arizona, **Christopher Evans Tipton**, knowing and in reckless disregard of the fact that certain illegal aliens, Abel Morales-Mejia and Benjamin Flores-Moctezuma, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 16, 2026, in the District of Arizona (Nogales), at approximately 6:20 p.m. Border Patrol Agents (BPAs) assigned to the plain clothes DISRUPT unit (DBPAs) were conducting surveillance on known layup areas in Rio Rico, AZ. At approximately 1:30 p.m., DBPAs observed one individual hiding in the brush on the side of Pendleton Rd and Palo Parado Rd. in Rio Rico, AZ. Rio Rico is commonly used by alien smugglers due to its proximity to the international boundary, numerous concealed and secluded areas with heavy brush, and access to major roadways. These factors allow smugglers to conduct pick-ups, stage vehicles, and quickly depart the area while attempting to avoid law enforcement detection. DBPAs continued surveillance on the area and at approximately 2:40 p.m. a gold color SUV stopped at the layup spot. In a short amount of time the driver exited the vehicle and opened the rear trunk door and one person ran out of the brush and entered the SUV. The vehicle drove away from the layup spot, and drove northbound on Pendleton Dr. towards Palo Parado Rd. The vehicle observed was a faded gold GMC Yukon with temporary paper plates. At Palo Parado Rd. the vehicle turned left and continued towards Interstate 19 (I-19) southbound. The Yukon entered the I-19 southbound ramp and was observed traveling at inconsistent and unusual speeds, alternating between slow and rapid rates. This driving behavior is commonly indicative of attempts to identify or evade law enforcement presence. The Yukon continued this driving behavior exiting I-19 at Ruby Road (exit 12), traveling through the local area and eventually stopping at the Love's Travel Stop, located at 739 East Frontage Road in Nogales, Arizona. The vehicle parked in front of the gas pumps, and the driver and front passenger entered the convenience store. The Yukon remained at Loves for 30 minutes. Smugglers often utilize stops at gas

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Abel Morales-Mejia and Benjamin Flores-Moctezuma

| | |
|---|---|
| Detention Requested | SIGNATURE OF COMPLAINANT |
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>June 17, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

stations to assess whether they are being followed by law enforcement. The driver and front passenger were observed rearranging items and reorganizing the rear and trunk areas of the vehicle while continuously scanning their surroundings. The Yukon resumed travel on East Frontage Road southbound, entering North Grand Avenue and continuing southbound to Walmart. At approximately 5:30 p.m., the driver and front passenger returned to the Yukon, where they were observed rearranging the rear seat area and placing purchased items inside. The Yukon made its way onto State Route 82 (SR82) and traveled eastbound. SR-82 is commonly exploited by alien smugglers due to its proximity to the international border, numerous concealed areas, and access to major roadways, facilitating pick-ups and rapid departures while evading detection. DBPAs requested a marked BPA unit initiate a vehicle stop on the Yukon to perform an immigration inspection. BPAs initiated a vehicle stop and encountered the driver **Christopher Evans Tipton**, and a front seat passenger**.** Upon further inspection of the vehicle two additional people were found hiding in the truck of the vehicle, Abel Morales-Mejia and Benjamin Flores-Moctezuma. Morales and Flores admitted to being citizens and nationals of Mexico. Record checks revealed Morales and Flores, do not possess the proper documentation to enter, pass through, or remain in the United States legally. The subjects in the truck had been there for over an hour in 90-degree Fahrenheit temperatures, with no seatbelt and no way to exit the trunk on their own.

Material witness Abel Morales-Mejia stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States and was charged $10,000 USD. He illegally crossed into the U.S. on June 15, 2026, by himself. He was picked up by a White pickup truck and was dropped off in the brush. An SUV pulled over to the shoulder and the driver told him to get in. He was lying in the back of the trunk in the SUV. The driver and passenger were speaking English, so he did not understand what they were saying. They stopped at a store for a long time and had the vehicle off the entire time. It was hot in the vehicle, but he was told not to get up, so he remained lying down the whole time. After they left the store, they stopped and picked up another person.

Material witness Benjamin Flores-Moctezuma stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States and was paid $250,000 Mexican pesos. He illegally crossed into the U.S. on June 16, 2026, by himself. A foot guide told him via cellphone to continue walking along the canyon until he arrived at a dumpster and to wait until he received a phone call. The foot guide told him a grey pick-up truck with a black hood would pick him up from that location. He was picked up by a grey pick-up truck with one driver and one passenger along with another subject in the trunk of the vehicle later identified as Morales. The driver got out of the vehicle and opened the trunk of the vehicle and told him to get in the vehicle and lay down, and they drove East on Highway 82. The driver was white and wearing a black shirt with glasses.

After waving his *Miranda Rights* principal **Christopher Evans Tipton** stated his friend asked him if he wanted to go to Nogales, Arizona with him. His friend drove the entire way from Phoenix to Rio Rico, Arizona. They arrived in an area close to the mountains and in the middle of nowhere. Once they arrived at this random place, his friend told him to open the trunk or the back door. **Tipton** opened the back door and a person came out of the brush and jumped in. He thought something was off but did not question it. He explained his friend made him drive. He drove to Wal-Mart and went shopping with his friend. They left Morales-Mejia in the back of the car with the car off in the heat. They were at Wal-Mart for about an hour. He admitted to driving to a random neighborhood and picking an additional person from the brush. **Tipton** instructed that person to hide in the back of the car. He stated his friend was the one who was getting all the instructions from the people in Mexico and he was just driving. **Tipton** admitted that he knew that people they picked up were IAs. His friend never mentioned anything about making money.